Brandon Mattox
                         Plaintiff,

v.                                            Case No.: 1:10–cv–06378
                                            Honorable Elaine E. Bucklo

Qantas Airways, Ltd.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 15, 2011:

      MINUTE entry before Honorable Elaine E. Bucklo:Plaintiff's motion to reopen case [9] is entered and continued to 5/9/2011 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.